### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRADLEY & PAMELA HOWARD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v | ) | |
| | ) | Civil Action No. |
| MERCHANTS ASSOCIATION | ) | 3:15-cv-01487 |
| COLLECTION DIVISION, INC., | ) | |
| | ) | |
| Defendant. | ) | December 28, 2015 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bradley & Pamela Howard hereby stipulate to the dismissal with prejudice of the above-captioned Action.

>                              Attorney for Plaintiffs,
>                              BRADLEY & PAMELA HOWARD,
>
>                              */s/ Angela K. Troccoli*
>                              Angela K. Troccoli, Esquire (ct28597)
>                              Kimmel & Silverman, PC
>                              136 Main Street, Suite 301
>                              Danielson, CT 06239
>                              (860) 866-4380
>                              atroccoli@creditlaw.com

### ORDER

**AND NOW**, this ___ day of December 2015, upon consideration of Plaintiffs' Notice of Voluntary Dismissal, it is **ORDERED** all of Plaintiffs' claims are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case for statistical and all other purposes.

Dated: _____, 2015  By: _____
                                              **J. STEFAN R. UNDERHILL**